Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Richard N. Bien
LATHROP & GAGE L.C.
2345 Grand Blvd., Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Facsimile:  (816) 292-2001

Attorneys for Cross-Defendant
BLUECROSS BLUESHIELD OF KANSAS CITY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE GREEN, RICK GREEN, et al., <br><br> Defendants. <br>_____<br> MICHELLE GREEN, <br><br> Cross-Complainant, <br><br> v. <br><br> BLUECROSS BLUESHIELD OF KANSAS CITY, et al., <br><br> Cross-Defendants. <br>_____ | Case No. : c 06 3530 MJJ <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** <br> and ORDER. |

Cross-Defendant BlueCross BlueShield of Kansas City ("BCBSKC") and Cross-Complainant Michelle Green, by and through their respective counsel of record, hereby stipulate that BCBSKC's deadline for filing a responsive pleading be extended to and

---

including July 9, 2006.

BCBSKC has not previously moved for additional time to file its responsive pleading. Defendant does not seek this extension for purposes of delay, and neither party will be prejudiced by the extension requested herein.

DATED: June 26, 2006

Perry, Johnson, Anderson, Miller & Moskowitz, LLP

By _____
Michael G. Miller
Attorneys for Cross-Complainant
Michelle Green

DATED: June 15, 2006

GREEN & HUMBERT

By: _____
Horace W. Green
Attorneys for Cross-Defendant
BLUECROSS BLUESHIELD OF KANSAS CITY

7/6/2006

IT IS SO ORDERED

Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA