```
 1  Lawrence W. McLaughlin, SBN 77401
    PO Box 1769
 2  Santa Rosa, CA  95402
    Telephone: (707) 528-6363 x22
 3
    Palmer Systems, Inc.
 4
 5                  UNITED STATES DISTRICT COURT
 6                  NORTHERN DISTRICT OF CALIFORNIA

 7  PALMER SYSTEMS INC. a        )
    corporation,                 )  Case No. C 06 3530 MJJ
 8                               )
               Plaintiff,        )  REQUEST FOR DISMISSAL
 9                               )
         vs.                     )  CMC DATE: 8-29-06
10                               )  TIME:     2:00 PM
    MICHELLE GREEN, et al.,      )  DEPT:     11
11                               )  JUDGE: MARTIN J JENKINS
               Defendants.       )
12                               )
    AND RELATED CROSS-ACTION.    )
13                               )

14
         TO THE COURT CLERK:
15
         Please dismiss the Complaint with prejudice as to all
16
    Defendants.
17

18
    DATE: 8-8-06
19                                    LAWRENCE MCLAUGHLIN
                                      Attorney for PALMER SYSTEMS INC
20

21       The Dismissal as requested was entered on

22

23  DATE: 8/22/2006

24                                    CLERK OF THE COURT
                                      United States
25                                    District Court
                                      Judge
```

Received AUG 1 1 2006, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

FILED AUG 2 2 2006, RICHARD W. WIEKING

Handwritten note: ① The Court notes no Answer has been served or Motion for Summary Judgment filed. See FRCP 41(a).

-1-