Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER SYSTEMS, INC., ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> MICHELLE GREEN, RICK GREEN, et al. ) </br> ) </br> Defendants. ) </br> _____ ) </br> ) </br> MICHELLE GREEN, ) </br> ) </br> Cross-Complainant, ) </br> ) </br> vs. ) </br> ) </br> BLUECROSS BLUESHIELD OF KANSAS ) </br> CITY, et al., ) </br> ) </br> Cross-Defendants. ) | CASE NO. 06-cv-03530-MJJ </br></br> ORDER |

Upon the motion of Cross-Defendant BlueCross BlueShield of Kansas City for leave to appear by telephone at the Case Management Conference set for ~~August 29, 2006~~ September 19, 2006, it is hereby

ORDERED that Adam B. Walker be allowed to appear by telephone for the Case Management Conference.

Please contact the Court at (415) 522-2123 at least one day prior to the conference for further instructions.

Dated: August 28, 2006

_____
Martin J. Jenkins
United States District Judge

CC 1730515v1