1  MICHAEL G. MILLER (SBN: 136491)
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ LLP
   438 First Street, 4th Floor
3  Santa Rosa, CA 95404
   Telephone: (707) 525-8800
4  Facsimile: (707) 545-8242

5  Attorney For MICHELLE GREEN

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALMER SYSTEMS, INC., | Case No. C 06 3530 MJJ (EDL) |
| Plaintiff, | |
| vs. | ORDER GRANTING DISMISSAL WITH PREJUDICE |
| MICHELLE GREEN, et al., | |
| Defendants. | |
| MICHELLE GREEN, | |
| Cross-Complainant, | |
| vs. | |
| BLUECROSS BLUESHIELD OF KANSAS CITY, et al., | |
| Cross-Defendants. | |

THIS MATTER, having come before the Court on a request by the Defendant and Cross Complainant Michelle Green to dismiss this case with prejudice, and the Court having reviewed the pleadings filed herein and being otherwise fully informed of the premises, finds and hereby ORDERS that this case be dismissed with prejudice.

DATED: September 28, 2007

_____
JUDGE MARTIN J. JENKINS